```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-45595 WJL |
| **FRANCISCO GECANAC FRANCISCO and SUZARA GUTIEREZ FRANCISCO,** | Chapter 13 |
| **Debtors.** | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |

I, Suzara Francisco, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on September 30, 2008, I was the owner of the real property located at 157 El Dorado Dr., Pittsburg, CA 94565 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $300,000.00.

    5. The property is encumbered by a First Deed of Trust in favor of Countrywide in the sum of $450,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

6. Bank of America as successor to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP dba America's Wholesale Lender is the beneficiary of a Second Deed of Trust against the property in the sum of $50,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 26, 2011                    /s/  Suzara Francisco
                                             SUZARA FRANCISCO